GEORGE MAX v. ANNA INGLIS MAX; JAMES HENRY WILLOCK and MARION BROOKS v. ANNA INGLIS MAX; ANNA INGLIS MAX v. GEORGE MAX, JAMES HENRY WILCOX, MARION BROOKS and SOPHIE AVERY.

34 So. (2nd) 745                                          January Term, 1948
March 30, 1948                                                   Division A

Affirmed.

FRANK H. FEDDON v. KATHERINE F. FEDDON

34 So. (2nd) 745                                          January Term, 1948
April 2, 1948                                                    Division A

Affirmed.

A. C. WRIGHT v. D. H. SLOAN, JR., as Clerk of the Circuit Court in and for the Tenth Judicial Circuit of Polk County, Florida.

34 So. (2nd) 745                                          January Term, 1948
April 2, 1948                                                    Division A

Affirmed.

T. M. LLOYD, President State Board of Funeral Directors and Embalmers for State of Florida, et al., v. C. K. SIMON and E. EARL SMITH, Owners and Operators of LAKE WORTH FUNERAL HOME, INC., et al.

34 So. (2nd) 745                                          January Term, 1948
April 2, 1948                                             Special Division B

Affirmed.

MARGARET ANDERSON v. J. C. ANDERSON

35 So. (2nd) 15                                           January Term, 1948
April 9, 1948                                             Special Division B

Affirmed.

MRS. H. B. CARTWRIGHT v. SAM'S SERVICE STATION, INC., a corporation in its own right and for the use and benefit of WESTERN CASUALTY & SURETY COMPANY, a corporation, and for the use and benefit of JOHN W. WARD.

35 So. (2nd) 15                                           January Term, 1948
April 13, 1948                                            Special Division A

Affirmed.